Pylord P. DOE, M.D., Plaintiff–Appellant,

v.

UNITED STATES of America, for the Department of Human Health Services, Defendant–Appellee.

No. 15–1471.

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2015.

Decided: July 27, 2015.

Pylord P. Doe, Appellant Pro Se. Rebecca Ann Koch, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pylord P. Doe, M.D., appeals the district court's order granting Appellee's motion to dismiss and dismissing Doe's civil action on res judicata grounds and for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Doe v. United States*, No. 8:14–cv–01441–TDC, 2015 WL 1461236 (D.Md. Mar. 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*